806 A.2d 273

Beau H. OGLESBY

v.

William G. WILLIAMS et al.

No. 49, Sept. Term, 2002.

Court of Appeals of Maryland.

Sept. 5, 2002.

Steven W. Rakow, Ocean Pines, for appellant.

Joseph E. Moore (Christopher T. Woodley of Williams, Moore, Shockley & Harrison, L.L.P., on brief) Ocean City, for appellees.

Andrew H. Baida, Solicitor General (J. Joseph Curran, Jr., Atty. Gen. of Maryland, and Judith A. Armold, Asst. Atty. Gen., on amicus curiae brief) Baltimore, amicus curiae for State of Maryland.

Argued before BELL, C.J., ELDRIDGE, RAKER, WILNER, HARRELL, BATTAGLIA, and THEODORE G. BLOOM (retired, specially assigned), JJ.

## ORDER

PER CURIAM.

For reasons to be stated in an opinion later to be filed, it is this 5th day of September, 2002,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Circuit Court for Worcester County be, and it is hereby, affirmed. Costs to be paid by the appellant. The mandate shall issue forthwith.